*CITATION*



*LANE, QUAMESIA*

*Versus*

*PERFORMANCE TRANSPORTATION LLC - ET AL*

RECIEVED & FILED
DESOTO PARISH, LA
2021 DEC 30  AM 10: 48

*Case: 00082702*
*Division: A*
*42nd  Judicial District Court*
*Parish of DeSoto*
*State of Louisiana*

*THE STATE OF LOUISIANA TO:*
    *PERFORMANCE TRANSPORTATION LLC*
    *THROUGH ITS REGISTERED AGENT FOR SERVICE*
    *NATIONAL REGISTERED AGENTS, INC*
    *3867 PLAZA TOWER DRIVE*
    *BATON ROUGE, LA 70816*

*of the Parish of DESOTO*

*You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the Forty Second Judicial District Court in the DeSoto Parish Court House in the City of Mansfield in said Parish within fifteen (15) days after the service hereof.  THIRTY (30) DAYS IF SERVICE IS BY LONGARM. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.*

*Witness My Official Hand and Seal of Office on this the  13TH day of DECEMBER, 2021.*

*JEREMY EVANS*
*CLERK OF COURT*

*BY:* _____
*Deputy Clerk of Court*

---

### Service Information

*Received on the* _____ *day of* _____, 20_____ *and on the* _____ *day of* _____, 20_____ *served the above named party as follows:*

*Personal Service on the party herein named* _____
*Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of* _____ *this* _____ *day of* _____, 20_____.

*Service*     $_____

*Mileage*    $_____          *By:* _____
                                            *Deputy Sheriff*

*Total*        $_____

I made service on the named party through the
Deputy Sheriff Corp
☐ LA Corp & Registered Agent Services

DEC 2 0 2021

by tendering a copy of this document to
☐ Abby Sarmiento          ☐ Brenna Beauregard
☐ Ashley Minville           ☑ Allison Reed
DEPUTY BRYAN SIMMONS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DEC 1 7 2021

E.B.R. SHERIFF'S OFFICE

[ORIGINAL]          PROCESSED  1-4  2022

**EXHIBIT A**



**CITATION**

| | |
|---|---|
| *LANE, QUAMESIA* | *Case: 00082702* |
| | *Division: A* |
| *Versus* | *42ⁿᵈ Judicial District Court* |
| | *Parish of DeSoto* |
| *PERFORMANCE TRANSPORTATION LLC - ET AL* | *State of Louisiana* |

*THE STATE OF LOUISIANA TO:*
  *GREGORY  PREE JR*
  *7919 EYLAU LOOP ROAD*
  *TEXARKANA, TX 75501*

** Via Long Arm Service **

*of the Parish of ~~DESOTO~~*

*You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the Forty Second Judicial District Court in the DeSoto Parish Court House in the City of Mansfield in said Parish within fifteen (15) days after the service hereof.  THIRTY (30) DAYS IF SERVICE IS BY LONGARM. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.*

*Witness My Official Hand and Seal of Office on this the  13TH day of DECEMBER, 2021.*

*JEREMY EVANS*
*CLERK OF COURT*

*BY:* _____

*Deputy Clerk of Court*

---

### Service Information

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named* _____.

***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of _____ this _____ day of _____, 20_____.*

| | |
|---|---|
| *Service* | $_____ |
| | *By:* _____ |
| *Mileage* | $_____     *Deputy Sheriff* |
| *Total* | $_____ |

[ORIGINAL]

RECEIVED & FILED
DESOTO PARISH, LA

2021 DEC 10  PM 12: 15

QUAMESIA LANE                      : SUIT NUMBER:

VERSUS                                 : 42ND JUDICIAL DISTRICT COURT

PERFORMANCE TRANSPORTATION, LLC
and GREGORY PREE, JR.                : DESOTO PARISH, LOUISIANA

## PETITION

QUAMESIA LANE, of the age of majority and domiciled in Desoto Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

    a.  PERFORMANCE TRANSPORTATION, LLC; a foreign limited liability company authorized to do and doing business in the state of Louisiana; and

    b.  GREGORY PREE, JR.; of the age of majority and domiciled in Bowie County, Texas.

2.

On August 16, 2021, a wreck occurred on Lake Road in Mansfield, Desoto Parish, Louisiana, involving a semi truck operated by Gregory Pree, Jr. and an SUV operated by Quamesia Lane.

3.

Gregory Pree, Jr. rear-ended the vehicle driven by Quamesia Lane.

4.

Gregory Pree, Jr. endangered the public and caused plaintiff's harm by:

    a.  Failing to maintain a proper lookout;

    b.  Following too closely;

    c.  Being inattentive; and

    d.  Operating his vehicle in a careless and reckless manner.

5.

It is alleged upon information and belief that Gregory Pree, Jr. was in the course and scope of his employment with Performance Transportation, LLC at the time of the wreck. Performance Transportation, LLC is vicariously liable for the negligent acts of its employee.

PROCESSED 12/13/ 20 21

_Imika Caroll_

Deputy Clerk

6.

Performance Transportation, LLC had a duty to communicate, establish and enforce screening, training and supervision procedures to prevent acts of the nature described herein. This breach of duty by Performance Transportation, LLC caused plaintiff's injuries and harm. Performance Transportation, LLC was negligent in its hiring, retention, training and supervision of Gregory Pree, Jr.. This negligence was jointly a cause of plaintiff's harm.

7.

Defendants' reckless and negligent conduct caused harm to plaintiff, Quamesia Lane. Defendants are responsible for her past and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) loss of enjoyment of life; 5) scarring and disfigurement; 6) functional impairment and disability; and 7) loss of wages and economic opportunity.

8.

Plaintiff's claim equals or exceeds the amount required for jury trial.

WHEREFORE, plaintiff prays that all harms and losses caused by the defendants be repaired by judgment; all expert fees, cost, and interest should be borne by defendants.

| | |
|---|---|
| **Please serve:** | MORRIS & DEWETT, LLC |
| | By: _____ |
| **PERFORMANCE TRANSPORTATION, LLC** | JOSH POWELL (#38378) |
| Through its Registered Agent for Service | jpowell@morrisdewett.com |
| National Registered Agents, Inc. | 509 Milam Street |
| 3867 Plaza Tower Drive | Shreveport, LA 71101 |
| Baton Rouge, LA 70816 | (318) 221-1507 - Telephone |
| | (318) 221-4560 – Facsimile |
| **GREGORY PREE, JR.** | |
| 7919 Eylau Loop Road | ATTORNEYS FOR PLAINTIFF |
| Texarkana, TX 75501 | |

A TRUE COPY - ATTEST

CLERK OF THE DISTRICT COURT
DESOTO PARISH, LOUISIANA