MEDICAL PROVIDER

## DESOTO REGIONAL HEALTH SYSTEM
## 207 JEFFERSON STREET
### P.O. BOX 1636  Address
## MANSFIELD, LA 71052-1636

CERTIFICATION OF MEDICAL RECORDS
## AND/OR MEDICAL BILLING

Date: _8.20.21_

I HEREBY CERTIFY that the enclosed pages are true and correct copies of the medical records/billing in our possession concerning __Quamesia Lane__ for his/her care and treatment by __DESOTO REGIONAL HEALTH SYSTEM__
## 207 JEFFERSON STREET
### P.O. BOX 1636
## MANSFIELD, LA 71052-1636

_Desota Qluahan_

Custodian of Medical Records/Billing

EXHIBIT
C

DESOTO REGIONAL HEALTH SYSTEM  207 JEFFERSON          MANSFIELD      LA 71052

**EMERGENCY ROOM • OUTPATIENT RECORD**

| SUB TYPE | SERVICE | EXPECT DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | EMER | 8/16/21 | | | | | | | | |

| PATIENT NUMBER | TYPE | PATIENT NAME | | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|---|
| 851838 | 3 | LANE QUAMESIA L | | 36 | 1985 | F | MB | 8/16/21 | 15:53 | MCJ |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | | CITY | | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|---|---|
| 267 MURPHY ST | | | MANSFIELD | | LA | 71052 | 318-564-4336 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | | | TELEPHONE |
|---|---|---|---|---|---|---|
| 0108 | BOGAN  JR ARTIS | SPS | 267 MURPHY  MANSFIE LA | | | 318-564-4336 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| UNITED HEALTHCARE COMMUNITY PLAN | 100289998 | TIME | EVENT |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|
| LANE QUAMESIA L | 267 MURPHY ST | MANSFIELD | LA 71052 | 564-4336 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| UNEMPLOYED | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ATTENDING/2ND PHYSICIAN |
|---|---|---|---|---|
| 849499 | 8/13/21 | | 13426 | KRUPKIN R /NO FAM PHY |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that to guarantee or abundance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by hospital upon release of patient.
3. The hereby assigns any hospital benefits, sick benefits, injury benefits due to a liability of a third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I do hereby authorize the administration of hospital to furnish item in custody any information requested by the below mentioned insurance company in connection with the above assignment, and to apply any credit balance to any other account I pay any said hospital.

| DATE | TIME | SIGNED PATIENT |
|---|---|---|
| | | SIGNED GUARANTOR |

CHIEF COMPLAINT (If Accident State How, When, and Where)      ADVANCED DIRECTIVE
ABC NECK PAIN                                                  N

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - NONE | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | Nalbu | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

```
851838   RM- ED-WR 13426         P/T-E/R
LANE QUAMESIA L               F  36
267 MURPHY ST            MANSFIELD    , LA
KRUPKIN R            NO FAM PHY
NO FAM PHY           08/16/21  B/D      85
```

DIAGNOSIS:

TREATMENT:

| | | CONDITION ON DISC |
|---|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE          DATE - TIME OF DISC.          PHYSICIAN'S SIGNATURE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP
INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

### *DeSoto Regional Health System*
**ED Discharge Instructions**
Admit Date & Time:**08/16/2021 15:53**

Patient Name:**QUAMESIA L LANE**
DOB: ████ **1985**
Age:**36**

Gender:**Female**
Acct #:**851838**
MR #:**13426**
Room #:ED-4

**Disposition**
ANDERSON KENDL M 08/16/2021 20:27
**Diagnosis**
**Diagnosis:** Motor vehicle accident

**Diagnosis:** Cervical strain

**Diagnosis:** Whiplash

**Diagnosis:** Minor head injury

**Disposition:** Discharged
**Diagnosis Specific Education:** Diagnosis related handout given
**Activity:** Activity as tolerated
**Diet Order:** Regular
**Medications:** Prescriptions given: RX: CYCLOBENZAPRINE 10MG THREE TIMES DAILY AS NEED FOR MUSCLE SPASMS, RX: IBUPROFEN 600MG EVERY 8 HOURS AS NEEDED FOR PAIN.
**Routine Home Medication Change:** Yes, refer to medication reconciliation given to you
**Follow-up Appointments:** Return to the emergency room for any changes or concerns
**Follow-Up:** With YOUR DOCTOR, In 1-2 days
**Patient Signature:** Sign and date this document if you have received and understand your discharge instructions and plan of care.

_____
Patient Signature

_____
Date

_____
Nurse Signature

_____
Date

**Pain/Fever:** Acetaminophen (Tylenol) 500 mg every 4-6 hours for pain/fever
**Head Injury Instructions:** Report severe or continuous headache, Repeated vomiting, Excessive drowsiness, Difficulty arousing, Slurred Speech, Drainage from ears, Unsteady gait/Stumbling, Pupils of different size, Weakness or numbness of arms or legs, Check the items listed every 4 hours
**Education Given to Patient:** Medication, Patient's responsibilities
ANDERSON KENDL M 08/16/2021 20:31
**Medication Risks, Benefits, Alternatives**
FOLLOW HEAD INJURY INSTRUCTIONS GIVEN.
TAKE PRESCRIPTION MEDICATIONS AS DIRECTED AS NEEDED FOR PAIN.

03A        3

### *DeSoto Regional Health System*
### ED Discharge Instructions
Admit Date & Time:**08/16/2021 15:53**

Patient Name:**QUAMESIA L LANE**
DOB:█████**1985**
Age:**36**

Gender:**Female**
Acct #:**851838**
MR #:**13426**
Room #:ED-4

ICE PACK TO SITES OF PAIN FOR COMFORT.
FOLLOW UP WITH YOUR DOCTOR.

03A        4

### *DeSoto Regional Health System*
**ED Nursing Documentation**
Admit Date & Time:**08/16/2021 15:53**

Patient Name:**QUAMESIA L LANE**
DOB:████1985
Age:**36**

Gender:**Female**
Acct #:**851838**
MR #:**13426**
Room #:ED-4

## Vital Signs
PRICE KATIE RN 08/16/2021 17:55
**Temperature:** 99 F (37.2 C) Oral
**Pulse:** 56 bpm Brachial
**Respiration:** 20 breaths/min
**Blood Pressure:** 133/86 Sitting, L Arm
**Blood Pressure Measure Type:** Device
**O2 Saturation:** 99 %
**O2 Delivery Method:** Room Air 21%
ANDERSON KENDL M 08/16/2021 20:35
**Pulse:** 56 bpm Pulse Ox
**Blood Pressure:** 157/92 Sitting, R Arm
**Blood Pressure Measure Type:** Device
**O2 Saturation:** 100 %
**O2 Delivery Method:** Room Air 21%

## Physical Assessment
### General Appearance
PRICE KATIE RN 08/16/2021 15:50
**General Appearance:** Tense, Mild distress

### Skin
PRICE KATIE RN 08/16/2021 15:50
**Skin Coloring:** Appropriate for ethnicity
**Skin Temperature/Moisture:** Warm and Dry
**Skin Integrity:** Intact

### ENT
PRICE KATIE RN 08/16/2021 15:50
**Oropharynx:** Airway clear

### Neck
PRICE KATIE RN 08/16/2021 15:50
**Neck:** C-spine immobilization maintained with c-collar

### Respiratory
PRICE KATIE RN 08/16/2021 15:50
**Airway Clearance:** Patent
**Breathing Pattern:** Non-labored
**Apparent Respiratory Distress:** No
**Cough:** None Reported

### Gastrointestinal
PRICE KATIE RN 08/16/2021 15:50
**Nausea and/or Emesis:** Denies nausea

### Musculoskeletal
PRICE KATIE RN 08/16/2021 15:50
**Right Upper Extremity:** Neurovascularly intact, Distal pulse strong, Warm, Motor function intact

Page 1 of 3

### *DeSoto Regional Health System*
**ED Nursing Documentation**
Admit Date & Time:**08/16/2021 15:53**

Patient Name:**QUAMESIA L LANE**
DOB:█████1985
Age:**36**

Gender:**Female**
Acct #:**851838**
MR #:**13426**
Room #:ED-4

## Neurologic
PRICE KATIE RN 08/16/2021 15:50
**Level of Consciousness:** Alert, Oriented
**Speech:** Clear

## Psychiatric
PRICE KATIE RN 08/16/2021 15:50
**Appearance:** Appropriately dressed
**Affect:** Sad, Unhappy, Upset
**Behavior / Interaction:** Appropriate eye contact
**Cognition / Thought Content:** Coherent

## Disposition
ANDERSON KENDL M 08/16/2021 20:35
**Disposition:** Discharged
**Prescriptions:** Given to patient, Verbalizes reason/method of taking, Verbalizes who/when to call with problems
**Instructions Given to:** Patient, Spouse/SO
**Verbalizes Understanding Instructions:** Yes
**Discharged To:** Home
**Mode of Departure:** Private auto, Wheelchair
**Accompanied by:** Spouse/SO
**ED Departure Date / Time:** 08/16/2021 20:35:00
**Patient Status:** Ready for Provider

## Miscellaneous Nursing Note
PRICE KATIE RN 08/16/2021 15:50
**Nursing Note**
36 Y/O B/F TO ER PER AMBULANCE, AMBULATORY TO ER ADMITTING TRIAGE AREA WITH MASK AND C COLLAR IN PLACE. PT STATES WAS RESTRAINED DRIVER WITH NO AIRBAG DEPLOY INVOLVED IN MVC JUST PTA. PT STATES WAS ON THE HIGHWAY AND AN 18 WHEELER HIT HER FROM BEHIND. STATES UNSURE LOC. STATES REMEMBERS GOING FORWARD AND TRIED TO GET OUT AND THAT IS ALL SHE REMEMBERS. STATES HAS PAIN TO RT NECK AND RT SHOULDER. STATES PAIN IS 7:10 AND INCREASES WITH MOVEMENT. PT IS CRYING AND UPSET. C/O BEING DIZZY. NO OTC MEDS TAKEN. DENIES FEVER AND EXPOSURE TO ILLNESS. DENIES N/V/D. INFORMED PT OF MULTIPLE EMERGENT PTS IN ER AT PRESENT AND NO BED AVAILABLE AT PRESENT. PT AMBULATORY BACK TO ER WAITING AREA. REPORT GIVEN TO MD. KP/RN
PRICE KATIE RN 08/16/2021 17:35
**Nursing Note**
PT TO X-RAY PER W/C WITH C COLLAR IN PLACE. KP/RN
PRICE KATIE RN 08/16/2021 17:55
**Nursing Note**
PT RETURN TO ER EXAM ROOM TRAUMA 1. VS TAKEN/STABLE. KP/RN
ANDERSON KENDL M 08/16/2021 19:20
**Nursing Note**
DR. KUKU AT BEDSIDE FOR EXAM.
ANDERSON KENDL M 08/16/2021 19:45
**Nursing Note**
PT TO RESTROOM, STATES UNABLE TO COLLECT URINE. INSTR ON MD REQUESTING I&O FOLEY CATH FOR URINE D/T PT BEING ON MENSTRUAL CYCLE. PT REFUSING CATH, "IM TOO DIRTY DOWN THERE FOR THAT". REFUSING LAB DRAW. PT CO PAIN WITH C-COLLAR IN PLACE. INSTR IN PLACE UNTIL REMOVED PER MD FOR SAFETY REASONS, VERBALIZES UNDERSTING. TO RAD DEPT VIA WC, TECH AT SIDE.

03A    6

## *DeSoto Regional Health System*
### ED Nursing Documentation
Admit Date & Time:**08/16/2021 15:53**

Patient Name:**QUAMESIA L LANE**
DOB:■■■**1985**
Age:**36**

Gender:**Female**
Acct #:**851838**
MR #:**13426**
Room #:ED-4

ANDERSON KENDL M 08/16/2021 19:55
**Nursing Note**
BACK TO ROOM PER SAME. PT REFUSING PO NORCO AT PRESENT. MD AT BEDSIDE TO SPEAK WITH PATIENT.
ANDERSON KENDL M 08/16/2021 20:35
**Nursing Note**
GIVEN DC INSTR PER MD ORDER. INSTR TO FU WITH PCP IN 1-2 DAYS OR RETURN FOR WORSENING OF CONDITION.
INSTR ON RX FLEXERIL 10MG TID PRN AND RX IBU 600MG TID PRN. INSTR ON HEAD INJURY INSTR AND RICE
THERAPY. PT TO POV VIA WC, HUSBAND AT SIDE. HUSBAND VERBALIZES UNDERSTANDING OF HEAD INJURY
INSTR. STABLE.

03A      7



## DESOTO REGIONAL HEALTH SYSTEM
207 JEFFERSON ST, MANSFIELD, LA 710522603 - 318-872-4610

**Patient Name:** QUAMESIA LANE
**MRN: 13426**                                                                   **DOB:** 1985
**Note Type:** ED Provider Note                                                  **Account #:** 851838

| All Demographics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient Name | DOB | Age | Sex | Visit Number | Admission Date/Time | Attending Physician | Date of Service | Room and Bed | Emergency Contact |
| LANE, QUAMESIA L | 1985 | 36 years | Female | 851838 | 08/16/2021 15:53 | ROBERT HARRIS KRUPKIN | 08/16/2021 | ED-4 | BOGAN JR, ARTIS JR - 3185644336 |

08/23/2021 08:47

### History of Present Illness

Chief Complaint: **Chief Complaint:** ABC NECK PAIN

Signs and Symptoms: 36 yo female with no sig past med hx in ED approx 1hr after MVC. Per EMS MVC was low speed minimal damage to the rear of the vehicle by 18 - wheeler. Patient reported being restrained and self extricated. Pt was counseled at this point in time due to mechanism that I would like Pan-scan her since she was in so much pain she could be considered to have a distracting injury. Pt declined wanting the scans and only wanted head and neck

Location: Head/neck pain                         Severity: 8/10

Onset: 1hr PTA                                    Timing: gradual

Alleviating factors: none

Exacerbating factors: none

### Past Medical/Surgical/Family/Social History

Past Medical History:

| All Problems | | | | | | |
|---|---|---|---|---|---|---|
| Problem | ICD Code | Onset Date | Resolved Date | Age | Status | Comment |
| Acute gastritis | K29.00 | | | | Active | |
| Motor vehicle accident | V89.2XXA | | | | Active | |
| Cervical strain | S16.1XXA | | | | Active | |
| Whiplash | S13.4XXA | | | | Active | |
| Minor head injury | S09.90XA | | | | Active | |
| Hypertension | 110 | | | | Active | |

Past Surgical History:
**Surgery List**
C section,

Past Family History:



## DESOTO REGIONAL HEALTH SYSTEM
207 JEFFERSON ST, MANSFIELD, LA 710522603 - 318-872-4610

**Patient Name:** QUAMESIA LANE
**MRN:** 13426
**Note Type:** ED Provider Note

**DOB:** █████ 1985
**Account #:** 851838

**Family History List**
Family history of hypertension, FAMILY MEMBER
Hypertension, MOTHER

Past Social History: Married, no drugs

Smoking Status: **Smoking Status:** Current every day smoker, **Cessation Education:**

**Allergy List**
NALBUPHINE, medication

**Home Meds: Dose and Freq:** No Home Medications Available

**Review of Systems**

Pertinent Positives: Headache, neck pain

Pertinent Negatives:
GENERAL APPEARANCE: well-developed, well-nourished in no acute distress.
HEENT: No scleral icterus. PERRL, No conjunctival injection is noted. Oropharynx is clear.
NECK: Supple. Trachea is midline. No evidence of thyroid enlargement. No lymphadenopathy or tenderness.
CHEST: Symmetric. Nontender to palpation.
LUNGS: Breath sounds are equal and clear bilaterally. No wheezes, rhonchi, or rales.
HEART: Regular rate and rhythm with normal S1 and S2. No murmurs, gallops, or rubs.
ABDOMEN: Soft, flat, No mass, tenderness, guarding, or rebound. No organomegaly. Bowel sounds are present.
EXTREMITIES: No cyanosis, clubbing, or edema.
NEUROLOGIC: No focal sensory or motor deficits are noted. Gait is normal. Cranial nerves II through XII are intact.
PSYCHIATRIC: The patient is awake, alert, and oriented x3. Recent and remote memory is intact. Appropriate mood and affect.
SKIN: Warm, dry, and well perfused. Good turgor. No lesions, nodules or rashes are noted.

**Physical Exam**

### Vital Signs: This Visit

| Date/Time | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2021 20:35 | 157/92 | Sitting/R Arm | 56 | | | | 100 % | Room Air 21% | | | | | | | | |
| 08/16/2021 19:34 | | | | | | | | | | | 157.48 cm | 62 in | 120.2 kg | 265 lbs | 48.47 | |
| 08/16/2021 17:55 | 133/86 | Sitting/L Arm | 56 | 20 | 37.2 Oral | 99 Oral | 99 % | Room Air 21% | | | | | | | | |
| 08/16/2021 15:50 | | | | | | | | | | 7 | 157.48 cm | 62 in | 107.05 kg | 236 lbs | 43.16 | |

**GENERAL:** Well appearing and well nourished. In no apparent distress.



# DESOTO REGIONAL HEALTH SYSTEM
207 JEFFERSON ST, MANSFIELD, LA 710522603 - 318-872-4610

**Patient Name:** QUAMESIA LANE
**MRN:** 13426
**Note Type:** ED Provider Note

**DOB:** ▮1985
**Account #:** 851838

**SKIN:** No rashes. No jaundice. Pink and warm with good turgor. Good color. No erythema or nodules noted. No petechia, bulla or ecchymosis.

**HEAD:** Normocephalic, atraumatic, with no visible or palpable masses, depressions, or scaring.

**EYES:** Pupils are equal, round and reactive to light. Extraocular muscles are intact. Sclerae are white without injection or icterus.

**EARS:** The ear canals are patent without edema, exudate or drainage. Tympanic membranes are intact with a normal cone of light. No bulging or erythema to indicate infection is present. Hearing is grossly intact.

**NOSE:** No external lesions. Nasal mucosa pink and non-inflamed. Septum and turbinates appear normal. Nares patent bilaterally.

**MOUTH/THROAT:** No swelling or abnormality to the lip or teeth. Oral mucosa is pink and moist. No swelling to the palate or pharynx. Uvula is midline. The pharynx is without exudate or erythema. No edema is seen of the tonsils. The airway is completely patent. The voice is normal. No stridor is heard.

**NECK:** Supple, without lesions, bruits, or adenopathy. No JVD is seen. Thyroid is non-enlarged and non-tender. Trachea is midline.

**CHEST/LUNGS:** Symmetrical with equal breath sounds. Clear to auscultation bilaterally. No rales, rhonchi or wheezes are appreciated. Good air movement is auscultated in all 4 lung fields. There is no tenderness on palpation of the chest.

**HEART:** Regular rate . No murmurs, rubs or gallop. No S3, S4 or rub is auscultated.

**ABDOMEN:** Soft, non-tender and non-distended. Normal bowel sounds. No hepatosplenomegaly or hernias or masses noted. No guarding, rigidity or rebound tenderness. Abdominal aorta is not palpable. Morbidly obese.

**RECTAL:** Normal sphincter tone, no hemorrhoids or masses palpable. Guaiac negative.

**MUSCULOSKELETAL:** Normal gait and station. No misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone in the head, neck, spine, ribs, pelvis or extremities.

**EXTREMITIES:** No amputations, deformities or signs of trauma. No atrophy or contractures are noted. No cyanosis, edema or varicosities. Peripheral pulses are intact. All joints are stable without laxity. There is good range of motion of all joints without tenderness or discomfort

**NEUROLOGIC:** Cranial nerves II through XII are grossly intact. Muscle strength is graded 5/5 in the upper and lower extremities bilaterally.

**PSYCHIATRIC:** The patient is oriented x4. Mood and affect are appropriate. Memory is intact with good short- and long-term memory recall. Judgment and insight appear normal.

### ED Course

Initial Impression: 36yo AAF with syncopal episodes after MVC, low speed, highest concern for intracranial bleed or closed head injury.

Differential Diagnoses: Trauma, intracranial bleed, MVC, C-spine injury , drug abuse

**Lab Results: Last 24 Hours:** No Labs Available

**Ordered Meds List:** No Current Medications Available

### Assessment

**Problem List**
Acute gastritis
Motor vehicle accident
Cervical strain

Electronically signed by: AYOTUNDE KUKU, , 08/23/2021 09:08 CDT



## DESOTO REGIONAL HEALTH SYSTEM

207 JEFFERSON ST, MANSFIELD, LA 710522603 - 318-872-4610

**Patient Name:** QUAMESIA LANE
**MRN:** 13426
**Note Type:** ED Provider Note

**DOB:** ▮1985
**Account #:** 851838

Whiplash
Minor head injury
Hypertension

**Plan**

CT Head, CT C-spine, CBC, CMP, UA , drug screen

PT lab work and imaging grossly negative. PT C-collar was removed and she reported paraspinous tenderness and was counseled on whiplash etc. Patient was counseled on feeling sore over the next few days and would benefit from PO medications. Pt agreed and was counseled if her condition were to worsen in anyway to come back to ED.

Medications given this visit:

| Ordered & Completed Meds Table | | | | | |
|---|---|---|---|---|---|
| **Ordered Medication** | **Start Date/Time** | **Dosage** | **Route** | **Frequency** | **Status** |
| HYDROcodone-APAP (NORCO 5) : 5-325MG | 08/16/2021 19:34 | 1 TAB | BY MOUTH | X1 | completed |

Discharge Medications:
Flexeril
Ibuprofen

**Discharge Medications**: No Discharge Medications Available

# DeSoto Regional Health System

207 Jefferson Street Mansfield, LA 71052
Phone: (318)871-3108 Fax: (318)872-0732
"A Better Life...A Better Way"

## Imaging Services Report

Name: LANE, QUAMESIA                                        Pt No: 851838
Admitting Physician: ROBERT KRUPKIN                         Stay Type: E/R
Ordering Physician: ROBERT KRUPKIN                          X-ray No: 45440
Pat Telephone No: 318-564-4336                              Age: 36
Admit Sex: F                                                MR#: 13426
Pat DOB:      1985

Procedure: CERVI SPINE 3V                                   Order Number: 58905
Date of Exam: 08/16/2021
Reason for Exam: MVC

REASON FOR EXAM:  MVA.

4 views the cervical spine are submitted and compared to 3/24/2021.

Multilevel degenerative disc disease with disc space narrowing.

No fracture. No lytic or blastic bone lesions.

Tip of the dens is intact. Lateral masses not displaced.

IMPRESSION: MULTILEVEL DEGENERATIVE DISC DISEASE

LOC-D

This report was dictated using voice recognition software and may be
subject to voice recognition errors.  Please do not hesitate to
contact me at 318-681-5834 for any concerns/questions in regards to
this report.

Dictated and Electronically Signed By:
John R. Hebert, MD
Diagnostic Imaging Associates
8/17/2021 8:33 AM

03A        12

Case 5:22-cv-00535-EEF-MLH Document 1-4 Filed 02/23/22 Page 13 of 21 PageID #: 26

# DeSoto Regional Health System

207 Jefferson Street Mansfield, LA 71052
Phone: (318)871-3108 Fax: (318)872-0732
"A Better Life...A Better Way"

## Imaging Services Report

Name: LANE, QUAMESIA
Admitting Physician: ROBERT KRUPKIN
Ordering Physician: ROBERT KRUPKIN
Pat Telephone No: 318-564-4336
Admit Sex: F
Pat DOB: 1985

Pt No: 851838
Stay Type: E/R
X-ray No: 45440
Age: 36
MR#: 13426

Procedure: SHOULDER 2V or More RT
Date of Exam: 08/16/2021
Reason for Exam: TRAUMA

Order Number: 58906

REASON FOR EXAM: Trauma.

Internal rotation and external rotation views the right shoulder are
submitted without comparison study.

No fracture. No lytic or blastic bone lesions.

The right lung apex is clear.

IMPRESSION: UNREMARKABLE RADIOGRAPHS OF THE RIGHT SHOULDER

LOC-D

This report was dictated using voice recognition software and may be
subject to voice recognition errors. Please do not hesitate to
contact me at 318-681-5834 for any concerns/questions in regards to
this report.

---

Dictated and Electronically Signed By:
John R. Hebert, MD
Diagnostic Imaging Associates
8/17/2021 8:31 AM

03A      13

# DeSoto Regional Health System

207 Jefferson Street Mansfield, LA 71052
Phone: (318)871-3108 Fax: (318)872-0732
"A Better Life...A Better Way"

## Imaging Services Report

Name: Lane, Quamesia
Admitting Physician:
Ordering Physician: O KUKU
Pat Telephone No: NA
Admit Sex: F
Pat DOB: ▓▓▓▓1985

Pt No: 851838
Stay Type: NA
X-ray No: NA
Age: 36
MR#: 13426

Procedure: CT BRAIN W/O
Date of Exam: NA
Reason for Exam: NA

Order Number: 58909

PROCEDURE INFORMATION:
Exam: CT Head Without Contrast
Exam date and time: 8/16/2021 7:33 PM
Age: 36 years old
Clinical indication: Pain; Headache; Additional info: Trauma/mvc

TECHNIQUE:
Imaging protocol: Computed tomography of the head without contrast.
Radiation optimization: All CT scans at this facility use at least one of these
dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Limitations: Motion moderately limits evaluation.

Brain: No hemorrhage. Preservation of gray-white differentiation in the basal
ganglia and insula. No findings to suggest ischemia or infarct.  Empty sella
appearance of the pituitary fossa.
Cerebral ventricles: No ventriculomegaly.
Paranasal sinuses: Visualized sinuses are unremarkable. No fluid levels.  Small
mucous retention cyst in the left maxillary sinus.
Mastoid air cells: Visualized mastoid air cells are well aerated.
Bones/joints: Unremarkable. No acute fracture.
Soft tissues: Unremarkable.

IMPRESSION:
Motion moderately limits evaluation.   Given this limitation no acute
intracranial abnormality is appreciated.

Electronically Signed By: Atkinson, Christopher, MD On 08/16/2021   20:08:56

# DeSoto Regional Health System

207 Jefferson Street Mansfield, LA 71052
Phone: (318)871-3108 Fax: (318)872-0732
"A Better Life...A Better Way"

## Imaging Services Report

Name: Lane, Quamesia
Admitting Physician:
Ordering Physician; O KUKU
Pat Telephone No: NA
Admit Sex: F
Pat DOB: ████ 1985

Pt No: 851838
Stay Type: NA
X-ray No: NA
Age: 36
MR#: 13426

Procedure: CT CERV SPINE W/O
Date of Exam: NA
Reason for Exam: NA

Order Number: 58910

PROCEDURE INFORMATION:
Exam: CT Cervical Spine Without Contrast
Exam date and time: 8/16/2021 7:33 PM
Age: 36 years old
Clinical indication: Neck pain; Additional info: Abnormal physical exam 793.
/mvc

TECHNIQUE:
Imaging protocol: Computed tomography images of the cervical spine without
contrast.
Radiation optimization: All CT scans at this facility use at least one of these
dose optimization techniques: automated exposure control; mA and/or kV
adjustment per patient size (includes targeted exams where dose is matched to
clinical indication); or iterative reconstruction.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Bones/joints: No acute fracture. Normal alignment.
Discs/Spinal canal/Neural foramina: No significant disc protrusion. No severe
spinal canal stenosis. No significant neural foraminal narrowing.

Lungs: Lung apices are normal.
Soft tissues: Unremarkable.

IMPRESSION:
No acute findings.

03A        16

Electronically Signed By: Atkinson, Christopher, MD On 08/16/2021  20:09:51



## Morris & Dewett
### TRIAL LAWYERS

TREY MORRIS, A.P.L.C. *
JUSTIN C. DEWETT, L.L.C *
ELIZABETH A. HANCOCK
J. CHANCELLOR NERREN
JOHN A. DAVIS
JOSH L. POWELL, L.L.C.
MEGHAN M. NOLEN

* ALSO LICENSED IN THE STATE OF TEXAS

509 MILAM STREET
SHREVEPORT, LA 71101

TELEPHONE (318) 221-1507
FACSIMILE (318) 221-4560

### Sent Via Facsimile: 318-871-5951

August 19, 2021

DeSoto Regional
Attn: Medical Records & Billing

> RE: Our Client : Quamesia Lane
> Social Security # : 0108
> Date of Birth : 1985
> Date of Accident : 08/16/2021

Dear Sir or Madame:

Our firm represents the above-named patient with respect to injuries sustained in an accident.

Please send a complete copy of the medical and billing records from 08/16/2021 to Present.

Such records should also include: radiology and lab reports, radiology discs, handwritten or nurse's notes, intake paperwork completed by the patient, and any and all other related documentation. I have enclosed a signed medical release authorizing you to provide us with the requested documentation.

Please complete the enclosed Certification form and attach to the records. We cannot accept noncertified records. Thank you for your prompt attention to this matter.

Best regards,

Claire Smallwood
Legal Assistant to the Firm

/ccs

## HIPAA COMPLIANT MEDICAL AUTHORIZATION

Provider: DeSoto Regionall

Patient: Quarnesia Lane

Date of Birth: ████████ 1985

SSN: ████████ - 0108

You are hereby authorized and directed to permit the examination of and copying of medical records by the following firm or its employees:

Firm or Lawyer: Morris & Dewett, LLC

The medical records shall be copied at their expense and should include the following:

Medical records, dental records, x-ray readings and reports, laboratory records and reports, prescription records, all tests of any type, character and reports thereof, ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ hospitalization history, condition, diagnosis, prognosis, sickness or conditions, ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ whether at any time, by me or my counsel of record.

* This authorization expires three (3) months from the date written below.

* Medical records may not be redisclosed or shared with any person or entity not authorized above without additional written authorization.

I understand the information to be released or disclosed may include information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), and alcohol and drug abuse. I authorize the release ~~~~~~~~~~~~~~~~~~~~~~~~~

* This release does not authorize verbal communications to anyone except my counsel.

* Pursuant to La.CCP 1465.1: 1) any party requesting medical records shall contemporaneously provide to my counsel the request directed to the health care provider; and 2) All medical records ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

A copy or photocopy of this authorization shall have the same validity and effect as the original.

Signed on this 18 day of August 2021

                          Patient/Client

08/19/21                                DeSoto Regional Health System                    PAGE  1
14:04 Thursday                          PATIENT ACCOUNT DETAIL 851838   LANE QUAMESIA L   H5ARDET

                                        DESOTO REGIONAL HEALTH SYSTEM
                                        207 JEFFERSON ST
                                        MANSFIELD                LA 71052-2603
                                        PHONE: 318-872-4610 TAX ID#:      0565

PATIENT--------------------------------------------------    BILLING INFORMATION------------
   NUM/NAME-: 851838  LANE QUAMESIA L                        CREDIT----:                 HOSP DRG..:
   SEX-------: F                                             BILL------:                 FINAL DRG.:
   BIRTH----:        1985                                    CYCLE-----:
   DOCTOR---: 900662 KRUPKIN R                               STAY TYPE-: 3   E/R
   MARITAL--: N                                              SERVICE---: ER
   SOC.SEC.-:       0108                                     INSURANCE-: XB4 UNITED HEATLHCARE COMMUNITY

GUARANTOR-------------------------------------------------   ADMISSION---------------------
   NAME-----: LANE QUAMESIA L                                DATE------: 08/16/21
   ADDRESS--: 267 MURPHY ST                                  CODE------: E

            MANSFIELD                    LA                  DISCHARGE---------------------
            71052                                            DATE------: 08/16/21   DAY STAY
   PHONE----: 3185644336                                     CODE------: H   01/HOME

| A/R | SERV | TYPE | CHG/REC | | | | NED | |
| DATE | DATE | TRAN CODE | NUMBER | QTY DESCRIPTION | CHARGE | CREDIT | NECESSARY | CPT |
|------|------|------|---------|-----------------|--------|--------|-----------|-----|
| 08/16/21 | | CHG  77 | 6000023 | 1.00 CERVI SPINE 3V | 165.00 | | | 72040 |
| 08/16/21 | | CHG  77 | 6000126 | 1.00 SHOULDER 2V or More RT | 157.00 | | | 73030 |
| 08/16/21 | | CHG  78 | 2008060 | 1.00 HYDROcodone-APAP (NORCO 5) : 5-325M | 5.25 | | | J8499 |
| 08/16/21 | | CHG  6D | 6300026 | 1.00 CT BRAIN W/O | 1,118.00 | | | 70450 |
| 08/16/21 | | CHG  75 | 6300009 | 1.00 CT CERV SPINE W/O | 1,384.00 | | | 72125 |
| 08/16/21 | | CHG  36 | 11500113 | 1.00 ER LEVEL 3 | 556.00 | | | 99283 |

                        AR BALANCE..................................3,385.25

08/19/21                    DeSoto Regional Health System              PAGE  2
14:04 Thursday              PATIENT ACCOUNT DETAIL 851838    LANE QUAMESYA L    H5ARDET

                           DESOTO REGIONAL HEALTH SYSTEM
                           207 JEFFERSON ST
                           MANSFIELD              LA 71052-2603
                           PHONE: 318-872-4610 TAX ID#: 720590565

****************** CHARGE SUMMARY ******************
SUMMARY                                         DAYS MED-
  CODE   DESCRIPTION              AMOUNT  DAYS  NECESSARY   UNITS

  36    EMERG ROOM                 556.00                   1.00
  60    CT SCAN/HEAD             1,118.00                   1.00
  75    CAT SCAN                 1,384.00                   1.00
  77    RADIOLOGY                  322.00                   2.00
  78    PHARMACY                     5.25                   1.00
                   TOTAL CHARGES..........3,385.25
                   TOTAL ADJUSTMENTS..........0.00
                   LESS PAYMENTS..............0.00
                   AR BALANCE.............3,385.25

03B        2